JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARAMAYIS BAGHDASARYAN, | Case No. CV 16-3654-GW(AJWx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| CITY OF GLENDALE, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 22, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE